UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE TIMOTHY M. REIF

| | |
|---|---|
| ZHEJIANG ZHOULI INDUSTRIAL CO., LTD.,<br>    Plaintiff,<br> v.<br>UNITED STATES,<br>    Defendant. | Court No. 22-00177 |

## CONSENT MOTION TO INTERVENE AS A MATTER OF RIGHT

Pursuant to Rules 24(a) and (c) of the United States Court of International Trade, MTD Products Inc ("MTD"), by and through its attorneys, respectfully requests that the Court grant this consent motion to intervene as a matter of right in the above-captioned action as defendant-intervenor. Plaintiff Zhejiang Zhouli Industrial Co., Ltd. ("Zhouli"), instituted this action pursuant to section 516A(a) of the Tariff Act of 1930, *as amended* (19 U.S.C. § 1516a(a)(2)(A)(i)(II) and § 1516a(a)(2)(B)(i)), to contest the U.S. Department of Commerce's final determination in the investigation of the countervailing duty order on *Walk-Behind Snow Throwers from China*. *See* Compl. (July 21, 2022), ECF No. 8; *Walk-Behind Snow Throwers and Parts Thereof from the People's Republic of China: Final*

*Affirmative Countervailing Duty Determination,* 87 Fed. Reg. 17,987 (March 29, 2022).

MTD represents the domestic industry of snow throwers and participated in the countervailing duty investigation that is the subject of this appeal. Accordingly, MTD is an interested party under 19 U.S.C. § 1677(9)(C) and may intervene in the above-captioned action as a matter of right pursuant to 28 U.S.C. § 2631(j)(1)(B).

Plaintiffs filed a complaint in this action on July 21, 2022. *See* Compl. This motion is being made within thirty days after the date of service of Plaintiffs' complaint, and therefore is timely under Rules 24(a) and 6(a) of the Rules of this Court.

As required by Rules 7(b) and (f), counsel for MTD has consulted with the parties to this action concerning this motion. Counsel for Plaintiff Zhouli, Ronald M. Wisla, of Fox Rothschild, LLP, consented to this motion by email on August 17, 2022. Counsel for Defendant United States, Anne M. Delmare, of the U.S. Department of Justice, consented to this motion by email on August 18, 2022.

Therefore, we respectfully request that the Court grant MTD's motion to intervene as a matter of right as defendant-intervenor in the above-captioned action. A proposed order accompanies this motion.

Respectfully submitted,

_____
Alex Schaefer
Michael Bowen
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
(202) 624-2500

*Counsel for MTD*

Dated: August 19, 2022

# UNITED STATES COURT OF INTERNATIONAL TRADE

# BEFORE: THE HONORABLE TIMOTHY M. REIF

_____
                                   )
**ZHEJIANG ZHOULI INDUSTRIAL CO.,** )
**LTD.,**                          )
       **Plaintiff,** )
                                   ) **Court No. 22-00177**
   v.                    )
                                   )
**UNITED STATES,**                 )
                                   )
       **Defendant.** )
_____)

## **ORDER**

Upon consideration of the consent motion of MTD Products Inc ("MTD"), to intervene as a matter of right as defendant-intervenor in the above-captioned action, it is hereby:

**ORDERED** that said motion is GRANTED; and,

**ORDERED** that MTD be entered as a defendant-intervenor in the above-captioned action.

DATED: _____       _____
      New York, NY                            Timothy M. Reif, Judge