**UNITED STATES COURT OF INTERNATIONAL TRADE**

**BEFORE:  THE HONORABLE TIMOTHY M. REIF**

| | |
|---|---|
| _____ ) | |
| **ZHEJIANG ZHOULI INDUSTRIAL CO., LTD.,** ) | |
| **Plaintiff,** ) | |
| ) | **Court No. 22-00177** |
| **v.** ) | |
| ) | |
| **UNITED STATES,** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

**ORDER**

Upon consideration of the consent motion of MTD Products Inc ("MTD"), to intervene as a matter of right as defendant-intervenor in the above-captioned action, it is hereby:

**ORDERED** that said motion is GRANTED; and,

**ORDERED** that MTD be entered as a defendant-intervenor in the above-captioned action.

DATED:  _August 22, 2022_          _/s/ Timothy M. Reif_____
New York, NY                  Timothy M. Reif, Judge