UNITED STATES COURT OF INTERNATIONAL TRADE                FORM 7A

```
ZHEJIANG ZHOULI INDUSTRIAL CO., LTD.,

                              Plaintiff,
                                                          Court No. 22-00177
        v.

THE UNITED STATES,

                              Defendant.
```

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: January 11, 2023

/s/ Lizbeth R. Levinson
FOX ROTHSCHILD LLP
Attorney for Plaintiff

2020 K Street NW Suite 500
Street Address

Washington, DC 20006
City, State and Zip Code

(202) 794-1182
Telephone No.

Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: _____        Clerk, U. S. Court of International Trade

By: _____
Deputy Clerk

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
| 22-00177 | ZHEJIANG ZHOULI INDUSTRIAL CO., LTD. |

Order of Dismissal

    This action and those listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: _____

                                            Clerk, U. S. Court of International Trade

                                            By: _____
                                                     Deputy Clerk

(As added Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)