## UNITED STATES COURT OF INTERNATIONAL TRADE

| | | |
|---|---|---|
| ZHEJIANG ZHOULI INDUSTRIAL CO., LTD. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| | : | |
| v. | : | Court No. 22-00177 |
| | : | |
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| Defendants. | : | |

### NOTICE TO WITHDRAW MICHAEL BOWEN

**PLEASE TAKE NOTICE** that, Michael Bowen has left the employment of Crowell & Moring LLP. Accordingly, please remove Michael Bowen from the list of counsel from Crowell & Moring LLP representing the defendant-intervenor, MTD Products Inc., in this proceeding.

Respectfully submitted,

*/s/ Michael Bowen*
Michael Bowen

Crowell & Moring LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004
Email: mbowen@crowell.com

Dated: July 21, 2023        Counsel for MTD Products, Inc.